IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DENNIS FOWLER                                                                                   PLAINTIFF

v.                                    CIVIL NO. 20-cv-04075

KILOLO KIJAKAZI[1], Acting Commissioner                                    DEFENDANT
Social Security Administration

## **JUDGMENT**

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 13th day of July 2021.**

                                         /s/ *Christy Comstock*
                                         HON. CHRISTY COMSTOCK
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi has been appointed to serve as the Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.